Eastern District of Kentucky
**F I L E D**

AUG 23 2018

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| JOE ALLEN EVANS and LINDA EVANS,<br><br>**Plaintiffs,**<br><br>V.<br><br>**JOHN KIRK,** in his official capacity as Martin County Sheriff and in his individual capacity,<br>**PAUL WITTEN,** in his official capacity as Martin County Deputy Sheriff and in his individual capacity,<br>**MARTIN COUNTY SHERIFF'S OFFICE,** and<br>**MARTIN COUNTY, KENTUCKY.**<br><br>**Defendants.** | CIVIL ACTION NO. 7:17-32-KKC<br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\*

In accordance with the opinion and order entered on this date and the opinion and order entered on December 7, 2017, the Court hereby ORDERS and ADJUDGES as follows:

1) Judgment is entered in favor of the defendants on all claims;

2) This judgment is FINAL and APPEALABLE; and

3) This matter is STRICKEN from the Court's active docket.

This 23rd day of August, 2018



Signed By:
Karen K. Caldwell
United States District Judge